
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/5/06

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C.** | **CIVIL ACTION 05-170** |
| **VERSUS** | **CHIEF JUDGE HAIK** |
| **BEEF FOOTBALL, L.L.C., ET AL** | **MAGISTRATE JUDGE METHVIN** |

*************************************************************

## RULING

On July 21, 2006, the plaintiff, National Indoor Football League, L.L.C., was Ordered by Magistrate Judge Mildred Methvin to enroll new counsel within thirty (30) days of the date of her Order allowing the withdrawal of Edward J. Marquet (Rec. Doc. # 18). On September 20, 2006, the undersigned issued a Minute Entry seeking a status report of the case and requiring the plaintiff to enroll new counsel within ten (10) days of that date or face dismissal of the matter (Rec. Doc. #20).

To date, the plaintiff has failed to enroll new counsel. Consequently, this matter is **DISMISSED WITH PREJUDICE** for failure to follow the directives of the Court and failure to prosecute.

THUS DONE AND SIGNED on this the 4th day of December, 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA